IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01568-WYD-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES W. LEDFORD, a/k/a "CHARLES WILLIAM," individually and as Trustee of SERVICE ENGINEERING TRUST;
LORAINE LEDFORD,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"United States' Unopposed Motion to Vacate Settlement Conference or, in the Alternative, for Relief from Requirement of Personal Attendance by Individual with Full Settlement Authority" (#31, filed August 20, 2008) is GRANTED in part. The Court excuses the United States from the requirement that an individual with full settlement authority personally attend the Settlement Conference. The Settlement Conference continues to be set for September 9, 2008 at 1:00 p.m.

Dated: August 26, 2008