IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01568-WYD-KMT


UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHARLES W. LEDFORD, a/k/a "CHARLES WILLIAM," individually and as Trustee of
SERVICE ENGINEERING TRUST;
LORAINE LEDFORD,

      Defendants.

---

# MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "United States' Unopposed Motion to Extend Dispositive Motion Deadline and Vacate Final
Pretrial Conference" (#63, filed January 6, 2009) is GRANTED. The dispositive motions
deadline of November 21, 2008, and the Final Pretrial Conference set for January 26, 2009, are
VACATED. The dispositive motions deadline will be reset following resolution of the pending
motions.

Dated: January 7, 2009