IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 07-cv-01568-WYD-KMT | FTR |
| **Date:** March 11, 2009 | Debra Brown, Deputy Clerk |
| USA | Karen L. Pound |
| Plaintiff. | |
| v. | |
| Charles W. Ledford | Pro se |
| Loraine Ledford | Pro se |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTIONS HEARING**

**Court in Session: 8:57 a.m.**

Court calls case. Appearance by counsel and parties.

Opening remarks by the Court regarding the various pending motions.
The Court notes Defendant's "MOTION for Extension of Time to File Response as to [45] MOTION for Protective Order" [Document #51, filed November 05, 2008] remains pending on the Court's docket.

**ORDERED:** Defendant's "MOTION for Extension of Time to File Response as to [45] MOTION for Protective Order" [Document #51, filed November 05, 2008] is now **MOOT** and therefore **DENIED.**

Court entertains argument on Defendant's "MOTION for Extension of Time to File Response as to [35] MOTION to Compel Responses to Discovery Requests" [Document #39, filed September 19, 2008] and Defendant's "VERIFIED SECOND MOTION to Compel Compliance With Rule 26(a)(1)" [Document #57, filed November 17, 2008].

The Court finds that the documentation regarding the certificate of assessment provided by the Plaintiff as initial disclosures, as well as 10,000 pages of worksheet and file information, is in compliance with Fed.R.Civ.P. 26. Defendants are not entitled to a Disclosure Form 23C, if such a form even exists.

**ORDERED:** Defendant's "MOTION for Extension of Time to File Response as to [35] MOTION to Compel Responses to Discovery Requests" [Document #39, filed

September 19, 2008] and Defendant's "VERIFIED SECOND MOTION to Compel Compliance With Rule 26(a)(1)" [Document #57, filed November 17, 2008] are **DENIED.**

**ORDERED:** Discovery period will be extended by eighty (80) days. The revised discovery cut-off date is **May 30, 2009.** The parties are to complete their full initial disclosures on or before March 25, 2009. The revised Dispositive motion deadline is **June 30, 2009.**

At issue: Plaintiff's "MOTION for Protective Order with Certificate of Service" [Document #45, filed October 22, 2008] and Plaintiff's "MOTION to Compel and for Sanctions" [Document #47, filed October 03, 2008]

**ORDERED:** Plaintiff's "MOTION for Protective Order with Certificate of Service" [Document #45, filed October 22, 2008] and Plaintiff's "MOTION to Compel and for Sanctions" [Document #47, filed October 03, 2008] are **GRANTED as stated on the record.** As to the request for an award of costs which is contained in Document #47 the Court finds that circumstances make an award of expenses unjust pursuant to Fed.R.Civ.P. 37(a)(5)(A)(iii) and the request is **DENIED.**

**ORDERED:** Depositions of the parties are set for April 21, 2008; April 22, 2009 and April 23, 2009 in Colorado Springs at the office of the Internal Revenue Service. Parties are directed to send proper notice of the deposition date, place and time as required by the Rules. Mr. Ledford is advised to indicate the person(s) to be deposed as "to be determined".

**ORDERED:** All written discovery will be completed, as well as disclosure of the IRS 30(b)(6) deponent to be deposed by the Ledfords on or before March 21, 2009. All written discovery responses are due on or before April 16, 2009

Plaintiff's Counsel is directed to have Mr. Becker and Ms. Wray available for depositions on April 23, 2009 in the event the Ledfords designate one or both as Rule 30(b)(6) witnesses.

**Court in recess: 10:11 a.m..**
**Court in session: 10:54 a.m.**

At issue: Plaintiff's "MOTION to Compel Responses to Discovery Requests" [Document #35, filed September 05, 2008] is **GRANTED in part and DENIED in part as follows:**

As to Interrogatories numbered 2 through 7.
The motion to compel is granted, the objections are overruled and Defendants must respond.

As to the Request for Production of Documents. All documents ordered produced herein will be brought to the office of the IRS in Colorado Springs on March 30, 2009 at 10:00 a.m. for inspection and copying. Ms. Pound shall secure a microfilm reader and CD copier.

Objections to Request for Production of Documents numbered 1, 2, 3 and 4 are overruled as

stated on the record.
Objections to Request number 5 are overruled and the motion to compel is granted for the reasons stated on the record.
Objections to Request number 6 are sustained.  However, the Court adds a time limit from 1993 through present, and Defendants are directed to respond to the amended request.
The motion with respect to Request number 7 is withdrawn.
Objections to Request number 8 are sustained.  Court directs the Defendants to produce the 4 or 5 CD's which contain documents seized from the business during the criminal case.
Objections to Request number 9 as to relevance are overruled.  The Ledfords are to produce any "non-privileged" documents relating to tax advice.
Objections to Request number 10 are overruled.  The Ledfords are to produce any documents in their possession.
Objections to Request number 11 are overruled.  The Ledfords are to produce any documents in their possession.

**Court in recess : 11:42 a.m.**
**Court in session: 11:55 a.m.**

Court reconvenes and has received a copy of the responses to Request for Admissions which affect Interrogatory No. 1 in the Motion to Compel [#35]. All parties are present and have copies of the document in question.

With respect to the Requests for Admissions numbered 1 and 2, the Ledfords have sufficiently responded within the admissions to satisfy Interrogatory No.  1.
With respect to the Requests for Admissions numbered 3, 5 and 8, the Ledfords are directed  to supplement their response to Interrogatory No.  1 as discussed.
With respect to the Requests for Admissions numbered 4, 6 and 7, the Ledfords have sufficiently responded within the admissions to satisfy Interrogatory No.  1.

**FINAL PRETRIAL CONFERENCE** set for **August 24, 2009 at 10:00 a.m. in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**
>    Valid photo identification is required to enter the courthouse.  The proposed final pretrial order shall be filed, and then sent as a Word or WordPerfect attachment to Tafoya_Chambers@cod.uscourts.gov **five (5) business days prior to Final Pretrial Conference**.  In the subject line of the e-mail, counsel shall list the case number, short caption, and "proposed final pretrial order."  (See www.cod.uscourts.gov for more information.)

**Court in recess: 12:17 p.m.**
**Total In-Court Time 2:24**; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.