IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01568-WYD-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES W. LEDFORD, a/k/a "CHARLES WILLIAM," individually and as Trustee of SERVICE ENGINEERING TRUST; and
LORRAINE LEDFORD,

    Defendants.

**ORDER AFFIRMING AND ADOPTING UNITED STATES MAGISTRATE JUDGE RECOMMENDATION**

THIS MATTER is before the Court on Defendants' Motion to Dismiss with Prejudice and to Repair, Repay and Restore, filed April 14, 2008 (docket #14), and Defendants' Motion for Summary Judgment, filed July 1, 2008 (docket #27). This motion was referred to Magistrate Judge Tafoya for a recommendation by Order of Reference dated January 10, 2008. A Recommendation of United States Magistrate Judge was issued on February 9, 2009, and is incorporated herein by reference. See 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

Magistrate Judge Tafoya recommends therein that Defendants motions be denied. More specifically, Magistrate Judge Tafoya found that Defendants' motion is procedurally improper under 12(b), but it will be treated as motion filed under Rule 12(c). Recommendation at 9-10. Magistrate Judge Tafoya further found that Plaintiff's

have adequately stated its claims for relief as the Defendants have failed to meet their burden to establish "that no material issue of fact remains to be resolved and the party is entitled to judgment as matter of law." Recommendation at 11 (citing Park Univ. Enters., 442 F.3d at 1244). Magistrate Judge Tafoya also found that the motion to dismiss was not the proper avenue for obtaining the affirmative relief sought by the Defendants. Recommendation at 12.

As to the motion for summary judgment, Magistrate Judge Tafoya found that Defendants have not established that summary judgment is appropriate as a matter of law as the evidence that the Defendants provided was self-serving, conclusory, and uncorroborated. Recommendation at 14. Magistrate Judge Tafoya further found that material facts exist that warrant denial of the summary judgment motion. Recommendation at 14-15.

On February 24, 2009, Defendants filed their Objections to Report and Recommendation Regarding Motion for Summary Judgment [Docket #66]. Defendants objections necessitate a *de novo* determination as to those specified proposed findings or recommendations to which objection is made since the nature of the matter is dispositive. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1).

Defendants assert objections only as to the denial of summary judgment. The Defendants argue that neither the Plaintiff nor the Magistrate Judge has explained how the allegations made in Plaintiff Charles Ledford's affidavit are merely conclusory. Defendants also assert that virtually all testimony is "self serving" and often "uncorroborated." Defendants also argue that the Government has failed to disclose its

witness in its Rule 26(1)(a) disclosures.  Defendants argue that the Government has not put forth the testimony of any disclosed witness to rebut the testimony of Defendants. Defendants assert that the Government should be barred from using any witness other than a disclosed witness.  The Defendants request, alternatively, that I should reopen discovery and allow depositions of the parties whose testimony is presented by the Plaintiff, and I should require the Government to promptly disclose all witnesses and documents known to them.

I agree with Magistrate Judge Tafoya that Defendants have not established that summary judgment is appropriate as a matter of law.  As an initial matter, it is clear that there are several material facts in dispute in this case.  Further, the slight evidence presented by Defendants, in the form of Defendant Charles Ledford's affidavit, is in fact self-serving, conclusory and uncorroborated.  Such evidence is not sufficient to meet the burden of establishing that summary judgment is appropriate as a matter of law.

I will not address Defendants' objections which relate to Rule 26 disclosures as Defendants' Objection to the Recommendation of Magistrate Judge Tafoya is not the appropriate pleading for the Defendants to request such affirmative relief.  Further, as of March 11, 2009, Magistrate Judge Tafoya has issued an Order relating to these discovery issues.  I have considered Defendants' remaining objections as to discovery issues and find them to be of no merit.

Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge dated February 9, 2009, is **AFFIRMED and ADOPTED**.  It is

FURTHER ORDERED that Defendants' Motion to Dismiss with Prejudice and to Repair, Repay and Restore, filed April 14, 2008 (docket #14), and Defendants' Motion for Summary Judgment, filed July 1, 2008 (docket #27) are **DENIED**.

Dated: March 18, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge