IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01568-WYD-KMT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHARLES W. LEDFORD, a/k/a "CHARLES WILLIAM," individually and as Trustee of
SERVICE ENGINEERING TRUST; and
LORAINE LEDFORD,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendants' "Motion to Permit Charles and Loraine Ledford to File by CM/ECF" (# 77 , filed April 15, 2009) is DENIED. Defendants are instructed follow the rules related to Electronic Case Filing Information, Registering for an ECF Account, on the United States District Court for the District of Colorado's website, www.cod.uscourts.gov.

Dated: April 16, 2009