IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Civil Action No.   07-cv-01568-WYD-KLM

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

CHARLES W. LEDFORD, individually and
as Trustee of SERVICE ENGINEERING
TRUST, LORAINE LEDFORD,

        Defendants.

---

ORDER CONFIRMING JUDICIAL SALE
AND DISTRIBUTION OF PROCEEDS

---

THIS MATTER comes before the Court on the United States' Motion for

Confirmation of Sale and Distribution of Proceeds (ECF No. 134).  On May 12, 2010,

the Court entered an Order of Judicial Sale. (Docket No. 119) in this case.  The Order

directed the Internal Revenue Service to sell property of the Judgment debtor Charles

Ledford and report the sale to the Court.  The Order permitted the sale of the property

commonly known as  2925 King Street, Colorado Springs, Colorado, and is more

particularly described as follows:

A TRACK OF LAND LOCATED IN BLOCK 5 IN PLEASANT VALLEY SUBDIVISION NO. 4, IN THE CITY OF COLORADO SPRINGS, EL PASO COUNTY, COLORADO, DESCRIBED AS FOLLOWS: COMMENCING AT THE INTERSECTION OF THE SOUTHERLY LINE OF KING STREET WITH THE EASTERLY LINE OF 30TH STREET AS SHOWN ON THE PLAT OF PLEASANT VALLEY SUBDIVISION NO. 4 IN THE CITY OF COLORADO SPRINGS, RECORDED IN PLAT BOOK V AT PAGE 34 OF THE RECORDS OF EL PASO LINE OF KING STREET, SAID POINT ALSO BEING THE POINT OF BEGINNING OF THE TRACT TO BE DESCRIBED HEREBY; THENCE ANGLE RIGHT 90 DEGREE NORTHEASTERLY A DISTANCE OF 129.86 FEET, MORE OR LESS, TO INTERSECT THE SOUTHERLY LINE OF THE AFOREMENTIONED KING STREET, THENCE ANGLE LEFT SOUTHWESTERLY ON THE LAST MENTIONED SOUTHERLY LINE OF KING STREET AN ARC DISTANCE OF 75.24 FEET TO A POINT OF TENDENCY: THENCE CONTINUE SOUTHWESTERLY ON SAID TANGENT A DISTANCE OF 17.08 FEET TO THE POINT OF BEGINNING.

The United States has reported, and the Court so finds, that the sale was publicized in accordance with 28 U.S.C. § 2001 and properly conducted.  For four weeks prior to November 19, 2010, a newspaper of general circulation in El Paso County, published notice of the sale.  (Sell Decl., Exs. A-B).

On November 19, 2010, at noon at 2925 King Street, Colorado Springs, Colorado, the United States offered for sale at public auction to the highest bidder the property described in the Notice of  Sale. Two bidders registered at the sale.  The successful bidder, Richard Logue, bid $96,000 for the subject property.  Mr. Logue has paid the required deposit of $15,000 and the balance of the purchase price, $81,000, to Officer Sell, who then deposited the funds with the Court with reference to this matter. (Rec. Doc. 133).  The United States seeks an Order confirming the sale and directing the Clerk to distribute the sale proceeds.

In accordance with the foregoing, and for good cause shown, it is

ORDERED that the United States' Motion for Confirmation of Sale and

Distribution of Proceeds (ECF No. 134) is **GRANTED.**  It is

FURTHER ORDERED that the sale on November 19, 2010, of the real property commonly known as 2925 King Street, Colorado Springs, Colorado was properly conducted.  The sale is hereby confirmed.

FURTHER ORDERED that the Internal Revenue Service is authorized to execute and deliver to the purchaser a Certificate of Sale and Deed conveying the real property commonly known as 2925 King Street, Colorado Springs, Colorado to him or to his assignee.  It is

FURTHER ORDERED that, on delivery of the Certificate of Sale and Deed, all interests in, liens against, or claims to the subject property that are held or asserted in this action by the plaintiff or any of the defendants are discharged.  On delivery of the Certificate of Sale and Deed, the real property commonly known as 2925 King Street, Colorado Springs, Colorado shall be free and clear of the interests of defendants Charles Ledford, Loraine Ledford, and Service Engineering Trust.  It is

FURTHER ORDERED that possession of the property sold shall be yielded to the purchaser upon the production of a copy of the Certificate of Sale and Deed; and if there is a refusal to so yield, a Writ of Assistance may, without further notice, be issued by the Clerk of this Court to compel delivery of the property to the purchaser.  It is

FURTHER ORDERED that the Clerk shall distribute the funds on deposit in this case as follows:

a.  First, by check made payable to the "Internal Revenue Service" in the amount of $4,338.04 for costs of sale, mailed to:

> Lee Routledge
> Internal Revenue Service
> 400 Rood,
> Grand Junction, CO 81501

b.  Second, by check made payable to the "El Paso County, Colorado" in the amount of $8,146.70 for the unpaid property taxes associated with the property, mailed to:

> El Paso County Treasurer
> 27 E. Vermijo St.
> Colorado Springs, CO 80903

c.  Third, the entire remaining balance, without reduction for registry fees, for application to the judgment debt in this case, by check made payable to the "United States Treasury," mailed to:

> Richard R. Ward
> Department of Justice, Tax Division
> P.O. Box 683
> Ben Franklin Station
> Washington, D.C. 20044

Dated:  February 23, 2011

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge